

**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

<span style="color:red">Dated:  Feb 27, 2012</span>



**Herbert L. Stern, III**
**District Court Judge**

<span style="color:red">A COPY OF ORDER INDICATED ON ATTACHMENT</span>

| | |
|---|---|
| **DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO** <br><br> Denver City & County Building <br> 1437 Bannock St., Room 256 <br> Denver, CO  80202 | <span style="color:red">CO Denver County District Court 2nd JD</span> <br> <span style="color:red">Filing Date: Feb 27 2012 10:11AM MST</span> <br> <span style="color:red">Filing ID: 42727184</span> <br> <span style="color:red">Review Clerk: Kari S Elizalde</span> |
| **Plaintiff:** <br> SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC, a Colorado limited liability company <br> v. <br> **Defendant:** <br> DESIGN PALLETS, INC., a Florida corporation. | |
| | **▲COURT USE ONLY▲** |
| | **Case Number:** <br> **2011CV8782** <br><br> **Courtroom: 376** |
| **ORDER REGARDING MOTION FOR EXTENSION OF TIME TO FILE RETURNS OF SERVICE** | |

THIS MATTER comes before the Court on Plaintiff Shandon Valley Transport Solutions USA, LLC's Motion for Extension of Time to File Returns of Service.

The Motion is **GRANTED**.  Shandon Valley Transport Solutions USA, LLC shall have through and including March 29, 2012, to file Returns of Service on all defendants in this action.

**SO ORDERED** this _____ day of _____, 2012.

**BY THE COURT:**

_____

District Court Judge

**This document constitutes a ruling of the court and should be treated as such.**

| | |
|---:|:---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Herbert L Stern |
| **File & Serve Transaction ID:** | 42637012 |
| **Current Date:** | Feb 27, 2012 |
| **Case Number:** | 2011CV8782 |
| **Case Name:** | SHANDON VALLEY TRANSPORT SOLUTIONS USA L vs. DESIGN PALLETS INC |
| **Court Authorizer:** | Herbert L Stern |

**/s/ Judge Herbert L Stern**