| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br>Denver City & County Building<br>1437 Bannock St., Room 256<br>Denver, CO 80202 | FILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Mar 22 2012 3:45PM MDT<br>Filing ID: 43261614<br>Review Clerk: Kari S Elizalde |
|---|---|
| **Plaintiff:**<br>SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC, a Colorado limited liability company<br>v.<br>**Defendant:**<br>DESIGN PALLETS, INC., a Florida corporation. | |
| | ▲ COURT USE ONLY ▲ |
| | **Case Number:**<br>**2011CV8782**<br><br>**Courtroom: 376** |
| **ORDER REGARDING MOTION FOR ADDITIONAL EXTENSION OF TIME TO FILE RETURN OF SERVICE** ||

THIS MATTER comes before the Court on Plaintiff Shandon Valley Transport Solutions USA, LLC's Motion for Additional Extension of Time to File Returns of Service.

The Motion is **GRANTED**. Shandon Valley Transport Solutions USA, LLC shall have through and including April 30, 2012, to file Returns of Service on all defendants in this action.

*No extensions.*

SO ORDERED this 22 day of March, 2012.

BY THE COURT:

_Herbert L. Stern III_
District Court Judge

{ 01023731.1 03040-0002 3/16/2012 12:16:20 PM }