

**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.
**Dated: May 29, 2012**

Herbert L. Stern, III
District Court Judge

EFILED Document
DATE OF ORDER INDICATED ON ATTACHMENT
CO Denver County District Court 2nd JD
Filing Date: May 29 2012 11:25AM MDT
Filing ID: 44508353
Review Clerk: Kari S Elizalde

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY<br>STATE OF COLORADO<br><br>1437 Bannock Street, Room 256<br>Denver, CO 80202<br><br>SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC, a Colorado limited liability company<br><br>Plaintiff,<br><br>v.<br><br>DESIGN PALLETS, INC., a Florida corporation,<br><br>Defendant. | ▲ COURT USE ONLY ▲<br><br>Case Number: 2011 CV 8782<br><br>Courtroom: 376 |
| **ORDER** | |

   UPON Defendant Design Pallets, Inc.'s Unopposed Motion for Extension of Time to Reply in Support of Motion to Dismiss Based on Forum Selection Clause, the Court being fully advised in the premises, therein, it is ORDERED:

   Design Pallets, Inc.'s Unopposed Motion is GRANTED.  Design Pallets, Inc. shall have an extension of time up to and including **June 1, 2012** in which to file its Reply in Support of Motion to Dismiss Based on Forum Selection Clause.

   Done this ___ day of _____, 2012

                _____
                The Honorable Herbert L. Stern, III
                District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---|---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Herbert L Stern |
| **File & Serve Transaction ID:** | 44430325 |
| **Current Date:** | May 29, 2012 |
| **Case Number:** | 2011CV8782 |
| **Case Name:** | SHANDON VALLEY TRANSPORT SOLUTIONS USA L vs. DESIGN PALLETS INC |
| **Court Authorizer:** | Herbert L Stern |

**/s/ Judge Herbert L Stern**