

**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Jul 18, 2012**

*Herbert L. Stern*

**Herbert L. Stern, III**
**District Court Judge**

EFILED Document
DATE OF ORDER INDICATED ON ATTACHMENT
CO Denver County District Court 2nd JD
Filing Date: Jul 18 2012  9:43AM MDT
Filing ID: 45404040
Review Clerk: Kari S Elizalde

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY DENVER, STATE OF COLORADO<br>1437 Bannock Street, Room 256<br>Denver, CO 80202 | |
| **Plaintiff:** SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC, a Colorado limited liability company<br>v.<br>**Defendant and Counterclaim Plaintiff:**<br>DESIGN PALLETS, INC., a Florida corporation<br>v.<br>**Counterclaim Defendant:**<br>SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC a/k/a SVTS GLOBAL, a Colorado limited liability company, | ▲ COURT USE ONLY ▲ |
| **Third-Party Plaintiff:**<br>DESIGN PALLETS, INC., a Florida corporation<br>v.<br>**Third-Party Defendants**<br>Adam M. Pener,<br>Colin D. Clark,<br>Steven C. Davis,<br>and David W. Fell | Case Number: 2011 CV 8782<br><br>Courtroom: 376 |
| **Attorneys for Defendant and Counterclaim Plaintiff and Third-Party Plaintiff:**<br>Lisa F. Mickley #24405<br>Susan F. Fisher #33174<br>Hall & Evans, L.L.C.<br>1125 17th Street, Suite 600<br>Denver, CO 80202-2052<br>Telephone    303-628-3300<br>Facsimile    303-628-3368<br>Email    mickleyl@hallevans.com<br>        fishers@hallevans.com | |

**ORDER ON DEFENDANT/COUNTERCLAIM PLAINTIFF DESIGN PALLETS, INC.'s UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

2

      THE COURT, having reviewed Defendant/Counterclaim Plaintiff Design Pallets, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Leave to Amend Complaint, and being fully advised in the premises, it is so ORDERED,

      That Design Pallets, Inc.'s Motion is GRANTED.  It will have until Monday, July 23, 2012 within which to respond to Plaintiff's Motion for Leave to Amend Complaint.

      Dated this _____ day of July, 2012.

                                    BY THE COURT:

                                    _____
                                    District Court Judge

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Herbert L Stern |
| **File & Serve Transaction ID:** | 45284876 |
| **Current Date:** | Jul 18, 2012 |
| **Case Number:** | 2011CV8782 |
| **Case Name:** | SHANDON VALLEY TRANSPORT SOLUTIONS USA L vs. DESIGN PALLETS INC et al |
| **Court Authorizer:** | Herbert L Stern |

**/s/ Judge Herbert L Stern**