IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-01900-CMA-BNB | Date: November 28, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC<br>**Plaintiff(s)** | *Kenneth K. Skogg*<br>*Dana B. Baggs* |
| v. | |
| DESIGN PALLETS, INC.<br>DOUGLAS A. OLVEY<br>JAMES DANKO<br>**Defendant(s)** | *Lisa F. Mickley*<br>*Adam B. Wiens* |
| COLIN D. CLARK<br>ADAM M. PENER<br>STEVEN C. DAVIS<br>DAVID W. FELL<br>**Third Party Defendant(s)** | *Kenneth K. Skogg*<br>*Dana B. Baggs*<br>*Daniel E. Evans* |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session: 9:57 a.m.  Appearance of counsel.

Argument presented on [61] Defendant Design Pallets Inc.'s Motion for Protective Order Re Specific Discovery Requests of SVTS.

**ORDERED:   [61] Defendant Design Pallets Inc.'s Motion for Protective Order Re Specific Discovery Requests of SVTS is DENIED.**

**Supplemental discovery, as stated on the record, is to be made available on or before December 17, 2012.**

Court in Recess: 11:11 a.m.   Hearing concluded.   Total time in Court: 01:14

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119