**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01900-CMA-BNB (Consolidated for all purposes with
Civil Action No. 12-cv-02094-CMA-BNB)

SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC,
a Colorado limited liability company, d/b/a SVTS GLOBAL,

    Plaintiff/Counterclaim Defendant,

v.

DESIGN PALLETS, INC., a Florida corporation,
DOUGLAS A. OLVEY, a Florida resident, and
JAMES DANKO, a Florida resident,

    Defendants/Counterclaim
    Plaintiff/Third-Party Plaintiff,

v.

ADAM M. PENER, a Missouri resident, and
COLIN D. CLARK, a Colorado resident,
STEVEN C. DAVIS, an Oklahoma resident, and
DAVID W. FELL, a Colorado resident,

    Third-Party Defendants.

---

**ORDER REGARDING DISMISSAL OF THIRD-PARTY DEFENDANTS
STEVEN C. DAVIS AND DAVID W. FELL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation to Dismiss Claims Against Third-Party Defendants With Prejudice (Doc. # 79). The Court has reviewed the Stipulation and ORDERS as follows:

All claims against Third-Party Defendants Stevan C. Davis and David W. Fell are hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall pays his or its own costs, attorney fees and expenses. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Steven C. Davis and David W. Fell as Third-Party Defendants in this case.

DATED: March __11__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge