IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01900-CMA-BNB (Consolidated for all purposes with
Civil Action No. 12-cv-02094-CMA-BNB)

SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC, a Colorado limited liability company, d/b/a SVTS GLOBAL

Plaintiff/Counterclaim Defendant,

v.

DESIGN PALLETS, INC, a Florida corporation,
DOUGLAS A OLVEY, a Florida resident, and
JOSEPH DANKO, a Florida resident,

Defendants/Counterclaim Plaintiff/Third-Party Plaintiff,

v.

ADAM M. PENER, a Missouri resident, and
COLIN D. CLARK, a Colorado resident,

Third-Party Defendants

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the **Defendants' Notice of Withdrawal of Motions for Protective Order** [93],

IT IS ORDERED that the **Defendants' Motion for Protective Order Regarding Deposition of James L. Sketo** [86] and **Defendants' Motion for Protective Order Regarding Plaintiff'S Deposition of Dan Coleman** [89] are **DENIED AS WITHDRAWN**.

IT IS FURTHER ORDERED that the hearing on these Motions set for **May 1, 2013** is **VACATED**.


DATED:  April 23, 2013