# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Civil Action No. 12-cv-01900-CMA-BNB (Consolidated for all purposes with
Civil Action No. 12-cv-02094-CMA-BNB)

SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC,
a Colorado limited liability company, d/b/a SVTS GLOBAL,

    Plaintiff/Counterclaim Defendant,

v.

DESIGN PALLETS, INC., a Florida corporation,
DOUGLAS A. OLVEY, a Florida resident, and
JAMES DANKO, a Florida resident,

    Defendants/Counterclaim
    Plaintiff/Third-Party Plaintiff,

v.

ADAM M. PENER, a Missouri resident,
COLIN D. CLARK, a Colorado resident, and

    Third-Party Defendants.

---

## ORDER TO STAY PROCEEDINGS PENDING SETTLEMENT

---

This matter is before the Court on the parties' Joint Motion for Stay and Notice of Settlement (Doc. # 102). The Court being fully advised in the premises, hereby ORDERS as follows:

1. In light of the settlement agreement reached by the parties, this action is immediately stayed for thirty (30) days of the date of entry of this order;

2.	All deadlines in this action are stayed, including the requirement for DPI to submit its answer to SVTS's amended complaint, counterclaims and third-party complaint on May 20, 2103, the requirement that Defendant Design Pallets, Inc. ("DPI") respond to Plaintiff Shandon Valley Transport Solutions' ("SVTS") Motion for Protective Order to Quash Defendant's Request to Conduct a Rule 30(b)(6) Deposition and Motion to Modify Scheduling Order on May 24, 2013, the requirement that SVTS respond to DPI's Motion to Compel on May 30, 2013, the June 19, 2013 expert disclosure deadline, the June 26, 2013 discovery deadline, the July 26, 2013 dispositive motion deadline and the August 6, 2013 final pretrial order submission deadline; and

3.	Within thirty (30) days of the date of entry of this order, the parties shall file a stipulation for dismissal of this action.

IT IS FURTHER ORDERED that the hearing on pending motions, set for 8:30 A.M. on June 3, 2013, before Judge Boyd N. Boland, and the final pretrial conference set for 8:30 A.M. on August 13, 2013, before Magistrate Judge Boland, are VACATED.

DATED:  May __20__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge