**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01900-CMA-BNB (Consolidated for all purposes with
Civil Action No. 12-cv-02094-CMA-BNB)

SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC,
a Colorado limited liability company, d/b/a SVTS GLOBAL,

    Plaintiff/Counterclaim Defendant,

v.

DESIGN PALLETS, INC., a Florida corporation,
DOUGLAS A. OLVEY, a Florida resident, and
JAMES DANKO, a Florida resident,

    Defendants/Counterclaim
    Plaintiff/Third-Party Plaintiff,

v.

ADAM M. PENER, a Missouri resident,
COLIN D. CLARK, a Colorado resident, and

    Third-Party Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulation of Dismissal With Prejudice (Doc. # 108), signed by the attorneys for the parties hereto, it is

ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE, in its entirety, each party to pay his or its own attorney fees and costs.

DATED: July __26__, 2013

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge