**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01900-CMA-BNB (Consolidated for all purposes with
Civil Action No. 12-cv-02094-CMA-BNB)

SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC,
a Colorado limited liability company, d/b/a SVTS GLOBAL,

      Plaintiff/Counterclaim Defendant,

v.

DESIGN PALLETS, INC., a Florida corporation,
DOUGLAS A. OLVEY, a Florida resident, and
JAMES DANKO, a Florida resident,

      Defendants/Counterclaim
      Plaintiff/Third-Party Plaintiff,

v.

ADAM M. PENER, a Missouri resident,
COLIN D. CLARK, a Colorado resident, and

      Third-Party Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1) and the Stipulation of

Dismissal With Prejudice (Doc. # 108), signed by the attorneys for the parties hereto,

it is

      ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE,

in its entirety, each party to pay his or its own attorney fees and costs.

      DATED:  July   26  , 2013

                                 BY THE COURT:

                               *Christine M Arguello*

                               _____

                               CHRISTINE M. ARGUELLO
                               United States District Court Judge